Bertrand DICKSON, Jr., Petitioner—
Appellant,

v.

D. ADAMS, Warden, Respondent—
Appellee.

No. 02–55060.
D.C. No. CV–01–04622–GAF(JTL).

United States Court of Appeals,
Ninth Circuit.

Jan. 20, 2005.

Bertrand Dickson, Jr., SATF California Substance Abuse Treatment Facility, Corcoran, CA, for Petitioner–Appellant.

Kyle Brodie, Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before SKOPIL, FERGUSON, and BOOCHEVER, Circuit Judges.

ORDER

Petitioner's motion to expand the scope of the Certificate of Appealability is DENIED.